# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-10904-MDC

JENTAY S HOLMAN

6346 GRAYS AVE

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JENTAY S HOLMAN

6346 GRAYS AVE

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102

    /S/ William C. Miller

Date: 9/8/2016  _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee