Certificate Number: 01401-PAE-DE-031511250

Bankruptcy Case Number: 13-10904



01401-PAE-DE-031511250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2018, at 6:21 o'clock PM EDT, Jen Tay S Holman completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 22, 2018            By:    /s/Jeremy Lark

                                 Name:  Jeremy Lark

                                 Title: FCC Manager